490 A.2d 438

**Donald FOX and Kay Fox, his wife**

v.

**VOLKSWAGEN OF AMERICA, INC., YBH Porsche Audi and the Fidelity Bank.**

**Appeal of the FIDELITY BANK.**

Supreme Court of Pennsylvania.

Argued April 16, 1985.

Decided April 23, 1985.

Richard A. Kolb, Philadelphia, for appellant.

Jerome M. Dubyn, Philadelphia, for Fox, et al.

Stanley P. Stahl, Stephen S. Phillips, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.